UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
James W. McCormack, Clerk
Richard Sheppard Arnold Courthouse
600 West Capitol Avenue, Room 402
Little Rock, Arkansas 72201

August 16, 2006

CA 06-1324 JDB

Nancy Mayer-Whittington, Clerk
United States District Court
 for the District of Columbia
Washington, DC 20001

    Re: MDL-1772 In re Series 7 Broker Qualification Exam Scoring Litigation
        Your Case No. C.A. No. 1:06-1324
        Our Case No. C.A. No. 4:06-366

    Skylar S. Jordan v. National Association of Securities Dealers, Inc.

Dear Ms. Mayer-Whittington:

    I am attaching the original file, MDL transfer order and certified copy of the docket sheet in the above-styled case in accordance with your letter dated July 27, 2006.

    If you need anything further, please contact me at 501-604-5364.

                    Sincerely,

                    JAMES W. McCORMACK, CLERK

                    By: Kay Phillips, Deputy Clerk

cc: Case File

Attachments