A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By ~~~~~~~ D.C.

CLOSED, HDY, JURY, STAY

## U.S. District Court
### Eastern District of Arkansas (Little Rock)
## CIVIL DOCKET FOR CASE #: 4:06-cv-00366-JMM
### Internal Use Only

| | |
|---|---|
| Jordan v. National Association of Securities Dealers Inc | Date Filed: 03/24/2006 |
| Assigned to: Judge James M Moody | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Skylar S Jordan**
*on behalf of himself and all others
similarly situated*

represented by **Scott E. Poynter**
Emerson Poynter LLP - Little Rock
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
501-907-2555
Fax: 501-907-2556
Email: Scott@emersonpoynter.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Association of Securities
Dealers Inc**

represented by **Kevin A. Crass**
Friday, Eldredge & Clark, LLP - Little
Rock
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3493
(501) 370-1592
Email: crass@fec.net
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2006 | 1 | COMPLAINT-Class Action with jury demand against National Association of Securities Dealers Inc (Filing fee $ 250.00/receipt #125036) filed by Skylar S Jordan; summons issued and returned to counsel(jap) Modified on 3/30/2006 to reflect class action allegation (jap) (Entered: 03/28/2006) |

| 03/24/2006 | | Set Clear Flag re Magistrate, jury (jap) (Entered: 03/28/2006) |
|---|---|---|
| 04/03/2006 | | Summons Reissued as to Corporate Creations Network, Inc., agent for service for National Association of Securities Dealers Inc. (jap) (Entered: 04/05/2006) |
| 04/18/2006 | 2 | MOTION to Extend Time by National Association of Securities Dealers Inc. (Crass, Kevin) (Entered: 04/18/2006) |
| 04/20/2006 | 3 | ORDER granting 2 Motion to Extend Time up to and including May 1, 2006, in which to file an answer to plaintiff's complaint. Signed by Judge James M Moody on 4/20/06. (bkp, ) (Entered: 04/20/2006) |
| 04/20/2006 | | Set/Reset Deadlines: National Association of Securities Dealers Inc answer due 5/1/2006. (bkp, ) (Entered: 04/20/2006) |
| 04/27/2006 | 4 | NOTICE of Appearance by Kevin A. Crass on behalf of National Association of Securities Dealers Inc (Crass, Kevin) (Entered: 04/27/2006) |
| 04/28/2006 | 5 | MOTION to Stay *Proceedings Pending a Transfer Decision by the Judicial Panel on MultiDistrict Litigation* by National Association of Securities Dealers Inc. (Crass, Kevin) (Entered: 04/28/2006) |
| 04/28/2006 | 6 | ORDER granting 5 deft's Motion to Stay; all proceedings are hereby stayed pending a transfer decision by the Judicial Panel on Multi-District Litigation. Signed by Judge James M Moody on 4/28/06. (vjt) (Entered: 05/01/2006) |
| 08/15/2006 | 7 | CONDITIONAL TRANSFER ORDER from Multidistrict Litigation Panel directing the transfer of this case to the District of Columbia to become part of MDL No. 1772 - In re Series 7 Broken Qualification Exam Scoring Litigation. Entered on 8/15/06. (bkp, ) (Entered: 08/16/2006) |
| 08/15/2006 | | Case transferred to District of Columbia. Original file, certified copy of transfer order, and docket sheet sent. (bkp, ) (Entered: 08/16/2006) |