UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>06-cv-280; 06-cv-382; 06-cv-525; 06-cv-554; 06-cv-580; 06-cv-624; 06-cv-652; 06-cv-915; 06-cv-1320; 06-cv-1323; 06-cv-1324; 06-cv-1377; 06-cv-1378; 06-cv-1379; 06-cv-1380; 06-cv-1381; 06-cv-1556; 06-cv-1823; 07-cv-674 | Misc. Action No. 06-355 (JDB);<br>MDL Docket No. 1772<br><br>**FILED**<br>SEP 0 7 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon consideration of defendants' motions to dismiss, and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is this <u>7th</u> day of <u>September</u>, 2007, hereby

**ORDERED** that the motions to dismiss filed by [23] Electronic Data Systems Corporation and [28] National Association of Securities Dealers, Inc., are **GRANTED**; and it is further

**ORDERED** that plaintiffs' consolidated class action complaint, and the individual complaints filed in each case listed in the above caption, are **DISMISSED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge